Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

Joseph E. Powell, Esq. (SBN 83957)
Paul Michael Vuksich, Esq. (SBN 97144)
LAW OFFICES OF JOSEPH E. POWELL
582 Market Street, Suite 2001
San Francisco, CA 94104
(415) 788-4949
(415) 906-4016
jepmain@hotmail.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br>        v.<br><br>PACIFIC SHORES CONSTRUCTION CORPORATION, a California Corporation,<br><br>    Defendant. | Case No.: C14-4300 JST<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:  January 7, 2015<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 9, 19th Floor, San Francisco, CA<br>Judge: Honorable John S. Tigar |

1    Plaintiffs and Defendant, by and through their respective counsel of record, hereby

2    respectfully request that the Case Management Conference, currently scheduled for January **7, 2015,**

3    be continued for approximately forty-five (45) days, or as soon thereafter as may be convenient for

4    the Court. Good cause exists for the requested continuance as follows:

5    1.    As the Court's records will reflect, this action was filed by Plaintiffs on September

6    24, 2014 to compel Defendant's compliance with its obligations to pay monthly employee

7    contributions to Plaintiffs, along with payment of amounts found due in an audit inspection of

8    Defendant's payroll records, pursuant to the Collective Bargaining Agreement.

9    2.    Defendant's filed an Answer to the Complaint on November 14, 2014.

10    3.    Counsel for both Plaintiffs and Defendant have been in communication throughout

11    this matter and have made significant progress towards resolution of the matter. Since the **filing of**

12    the Complaint, Defendant has paid a substantial portion of the amounts due to Plaintiffs and the

13    parties are facilitating payment of the remaining amounts owed to Plaintiffs.

14    4.    The parties jointly request a continuance of the Case Management Conference so as

15    to allow the parties to further facilitate the resolution of this matter, as both parties desire to resolve

16    this matter without the need for further litigation.

17    5.    This is the first such request made by either party to this matter.

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

6.     There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference.  In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs and Defendant jointly and respectfully request that the Case Management Conference, currently scheduled for January 7, 2015, be continued for approximately forty-five (45) days, to allow sufficient time for the parties to continue their attempts to resolve this matter outside of litigation.

**SO STIPULATED.**

Dated:   December _18_, 2014

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____
Adrian L. Canzoneri
Attorney for Plaintiffs

Dated:   December _18_, 2014

LAW OFFICES OF JOSEPH E. POWELL

By: _____
Joseph E. Powell,
Attorney for Defendant

**IT IS SO ORDERED.**

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to _02/25/2015_, at _2:00 p.m._ All related deadlines are extended accordingly.

Date: _December 19, 2014_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Jon S. Tigar

-3-
**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
**CASE NO.: C14-4300 JST**

P:\CLIENTS\PATCL\PACIFIC SHORES CONSTRUCTION CO (4)\PLEADINGS\JOINT REQUEST TO CONTINUE CMC_121714.DOCX