UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PACIFIC SHORES CONSTRUCTION CORPORATION,<br><br>　　　　　Defendant. | Case No.  14-cv-04300-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 21 |

The parties stated on the record on March 25, 2015, that they have settled this action. See ECF No. 21. The parties seek to conditionally dismiss the action while they resolve final payment of the settlement. Accordingly, all deadlines and hearings in this case are VACATED. By April 15, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on May 27, 2015, which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

IT IS SO ORDERED.

Dated: March 26, 2015.

_____
JON S. TIGAR
United States District Judge