UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC SHORES CONSTRUCTION CORPORATION,<br><br>    Defendant. | Case No.  14-cv-04300-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 23 |

The parties have filed a stipulation of dismissal dated April 14, 2015, stating that they have agreed to a settlement of this action.  ECF No. 23.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed without prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: April 14, 2015.

_____
JON S. TIGAR
United States District Judge